Cassandra M. Angel, SBN 237976
**GORDON-CREED, KELLEY,**
**HOLL, ANGEL & SUGERMAN, LLP**
50 California Street, 34th Floor
San Francisco, California  94111
Telephone:  (415) 421-3100
Facsimile:  (415) 421-3150
angel@gkhs.com

Attorneys for Defendants
SCHNEIDER NATIONAL CARRIERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLAN WINN, SR., as Successor in interest to JACK ALLAN WINN, JR.<br><br>  Plaintiffs,<br><br>   vs.<br><br>SCHNEIDER NATIONAL LEASING; FINN ALEXANDER GJERDRUM, and DOES 1 TO 50,<br><br>   Defendants. | Case No.: 2:24-cv-00789-AC<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL (FRCP41(A))**<br><br>Judge:  Hon. Allison Claire |

Plaintiff JACK ALLAN WINN, SR. and Defendant SCHNEIDER NATIONAL CARRIERS, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own costs and fees.

**IT IS SO STIPULATED.**

Dated: 6/11/24                                          DRAKE LAW FIRM

                                                       By:      */s/ Benjamin Drake*
                                                           Benjamin Drake
                                                           Attorneys for Plaintiff
                                                           JACK ALLAN WINN, SR.

Dated: 6/24/24

GORDON-CREED, KELLEY, HOLL, ANGEL & SUGERMAN, LLP

By:      /s/ Cassandra M. Angel
Cassandra M. Angel
Attorneys for Defendants
SCHNEIDER NATIONAL CARRIERS, INC.

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own costs and fees. The Clerk is directed to close this file.

**IT IS SO ORDERED**.

DATED:  July 9, 2024.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE